Case 1:22-cr-20446-WPD Document 3 Entered on FLSD Docket 09/21/2022 Page 1 of 10

FILED by MM D.C.

Sep 20, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **22-20446-CR-DIMITROULEAS/BECERRA**

21 U.S.C. § 963
21 U.S.C. § 846
21 U.S.C. § 853
21 U.S.C. § 970

UNITED STATES OF AMERICA

vs.

JOSE CALDERON-RIJO,
    a/k/a "Araña,"
    a/k/a "Adan Cruz,"
WILMAN RAMON RODRIGUEZ-MEJIA,
    a/k/a "Alex Octavio Rodriguez,"
    a/k/a "Shorty,"
HUASCAR MEJIA-GONZALEZ,
    a/k/a "Wasca," and
STALIN J. FERRER-GONZALEZ,
    a/k/a "Commando,"

        Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning at least as early as in or around 2015, the exact date being unknown to the Grand Jury, and continuing to the date of the return of this indictment, in the country of the Dominican Republic, and elsewhere, the defendants,

JOSE CALDERON-RIJO,
    a/k/a "Araña,"
    a/k/a "Adan Cruz,"
WILMAN RAMON RODRIGUEZ-MEJIA,
    a/k/a "Alex Octavio Rodriguez,"
    a/k/a "Shorty,"
HUASCAR MEJIA-GONZALEZ,
    a/k/a "Wasca," and

**STALIN J. FERRER-GONZALEZ,**
a/k/a "Commando,"

did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending, knowing, and having reasonable cause to believe that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a); all in violation of Title 21, United States Code, Section 963.

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants as a result of the defendants' own conduct, and the conduct of other conspirators reasonably foreseeable to the defendants, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 960(b)(1)(B).

## COUNT 2

Beginning as early as in or around 2015, the exact date being unknown to the Grand Jury, and continuing to the date of the return of this indictment, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE CALDERON-RIJO,**
a/k/a "Araña,"
a/k/a "Adan Cruz,"
**WILMAN RAMON RODRIGUEZ-MEJIA,**
a/k/a "Alex Octavio Rodriguez,"
a/a/a "Shorty,"
**HUASCAR MEJIA-GONZALEZ,**
a/k/a "Wasca," and
**STALIN J. FERRER-GONZALEZ,**
a/k/a "Commando,"

did knowingly and willfully combine, conspire, confederate, and agree with each other and others

known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants as a result of the defendants' own conduct, and the conduct of other conspirators reasonably foreseeable to the defendants, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 960(b)(1)(B).

## COUNT 3

Beginning as early as in or around 2015, the exact date being unknown to the Grand Jury, and continuing to the date of the return of this indictment, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE CALDERON-RIJO,**
a/k/a "Araña,"
a/k/a "Adan Cruz,"
**WILMAN RAMON RODRIGUEZ-MEJIA,**
a/k/a "Alex Octavio Rodriguez,"
a/a/a "Shorty,"
**HUASCAR MEJIA-GONZALEZ,**
a/k/a "Wasca," and
**STALIN J. FERRER-GONZALEZ,**
a/k/a "Commando,"

did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants as a result of the defendants' own conduct, and the conduct of other conspirators reasonably foreseeable to the defendants, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **JOSE CALDERON-RIJO, a/k/a "Araña," a/k/a "Adan Cruz," WILMAN RAMON RODRIGUEZ-MEJIA, a/k/a "Alex Octavio Rodriguez," a/k/a "Shorty," HUASCAR MEJIA-GONZALEZ, a/k/a "Wasca," and STALIN J. FERRER-GONZALEZ, a/k/a "Commando,"** have an interest.

2. Upon conviction of any of the violations alleged in this Indictment, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property that was used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

4

All pursuant to Title 21, United States Code, Sections 853 and 970.

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JOSE CALDERON-RIJO,
a/k/a "Araña," a/k/a "Adan Cruz," et al.,
_____/
           Defendants.

CASE NO.: _____

CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s) (Yes or No) _____
Number of New Defendants ____
Total number of New Counts ____

**Court Division** (select one)
- ☑ Miami    ☐ Key West    ☐ FTP
- ☐ FTL      ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) **Yes**
   List language and/or dialect: **Spanish**

4. This case will take **5** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   ☑ 0 to 5 days
   - II  ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV  ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) **No**
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) **Yes**
   If yes, Judge **Middlebrooks**   Case No. **19CR20776DMM**

9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) **No**
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: _____
Richard E. Getchell
Assistant United States Attorney
FL Bar No.     0817643

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JOSE CALDERON-RIJO

**Case No:** _____

Count #: 1

Conspiracy to distribute cocaine knowing and intending that it would be imported into the United States

Title 21, United States Code, Section 963

* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment: Ten Years
* Max. Supervised Release: Life (5 year mandatory minimum)
* Max. Fine:  10,000,000.00

Count #: 2

Conspiracy to import cocaine into the United States

Title 21, United States Code, Section 963

* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment: Ten Years
* Max. Supervised Release: Life (5 year mandatory minimum)
* Max. Fine:  10,000,000.00

Count #: 3

Conspiracy to possess with intent to distribute cocaine

Title 21, United States Code, Section 846

* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment: Ten Years
* Max. Supervised Release: Life (5 year mandatory minimum)
* Max. Fine:  10,000,000.00

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** WILMAN RAMON RODRIGUEZ-MEJIA

**Case No:** _____

Count #: 1

Conspiracy to distribute cocaine knowing and intending that it would be imported into the United States

Title 21, United States Code, Section 963

* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment: Ten Years
* Max. Supervised Release: Life (5 year mandatory minimum)
* Max. Fine: 10,000,000.00

Count #: 2

Conspiracy to import cocaine into the United States

Title 21, United States Code, Section 963

* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment: Ten Years
* Max. Supervised Release: Life (5 year mandatory minimum)
* Max. Fine: 10,000,000.00

Count #: 3

Conspiracy to possess with intent to distribute cocaine

Title 21, United States Code, Section 846

* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment: Ten Years
* Max. Supervised Release: Life (5 year mandatory minimum)
* Max. Fine: 10,000,000.00

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __HUASCAR MEJIA-GONZALEZ_____

Case No: _____

Count #: 1

Conspiracy to distribute cocaine knowing and intending that it would be imported into the United States

Title 21, United States Code, Section 963

* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment: Ten Years
* Max. Supervised Release: Life (5 year mandatory minimum)
* Max. Fine: 10,000,000.00

Count #: 2

Conspiracy to import cocaine into the United States

Title 21, United States Code, Section 963

* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment: Ten Years
* Max. Supervised Release: Life (5 year mandatory minimum)
* Max. Fine: 10,000,000.00

Count #: 3

Conspiracy to possess with intent to distribute cocaine

Title 21, United States Code, Section 846

* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment: Ten Years
* Max. Supervised Release: Life (5 year mandatory minimum)
* Max. Fine: 10,000,000.00

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** STALIN J. FERRER-GONZALEZ

**Case No:** _____

Count #: 1

Conspiracy to distribute cocaine knowing and intending that it would be imported into the United States

Title 21, United States Code, Section 963

* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment: Ten Years
* Max. Supervised Release: Life (5 year mandatory minimum)
* Max. Fine: 10,000,000.00

Count #: 2

Conspiracy to import cocaine into the United States

Title 21, United States Code, Section 963

* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment: Ten Years
* Max. Supervised Release: Life (5 year mandatory minimum)
* Max. Fine: 10,000,000.00

Count #: 3

Conspiracy to possess with intent to distribute cocaine

Title 21, United States Code, Section 846

* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment: Ten Years
* Max. Supervised Release: Life (5 year mandatory minimum)
* Max. Fine: 10,000,000.00

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.